

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00472-CR

John Richard **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8792
Honorable Jennifer Pena, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

On June 28, 2023, we issued an opinion affirming the trial court's judgment. Appellant John Richard Cardenas then filed a motion for rehearing. We deny the motion for rehearing; however, to clarify our opinion, we withdraw our opinion and judgment, and substitute a new opinion and this judgment in their place. In accordance with this court's memorandum opinion on motion for rehearing of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 3, 2024.

_Irene Rios_
Irene Rios, Justice